DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KENNY SILVA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1931

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Deana K. Marshall of Law Office of Deana K. Marshall, P.A., Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.